UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 APR -7 AM 11:35

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| DAVID ALLEN, | ) |
| v. | ) Case No. 5:21-cv-280 |
| VERMONT DEPARTMENT OF CORRECTIONS, VITALCORE, STEPHEN RIENDEAU, CHARLES PAVLOVIC, JODI GAVIN, STEPHANIE KINDRED, JOHN AND JANE DOES, | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

Plaintiff David Allen, representing himself, filed this lawsuit under 42 U.S.C. § 1983. He alleges that multiple Vermont Department of Corrections ("DOC") personnel and DOC health services contractors provided inadequate medical care during his incarceration in Vermont. In prior Orders, the court dismissed Mr. Allen's claims against the DOC and VitalCore.

On March 10, 2025, the court notified Mr. Allen that it would "dismiss the action against the remaining [unserved] defendants . . . unless he shows good cause by March 28, 2025, for extending the time for service." (Doc. 56 at 3.) Because this case was filed over three years ago, Plaintiff has failed to provide proof of timely service, and has not filed a response to the March 10 Order demonstrating good cause for extending the time for service, the claims against the remaining defendants must be DISMISSED WITHOUT PREJUDICE under Rule 4(m). The Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 7th day of April 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court